June 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TONY D. CASTON, Appellant

NO. 14-14-01001-CV                    V.

EVA M. WILEY, FERNANDO V. MARTINEZ AND MARIA C. MARTINEZ,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Eva M. Wiley, Fernando V. Martinez and Maria C. Martinez, signed, November 20, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Tony D. Caston, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.